UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>5035 N. Lincoln Avenue, LLC,<br><br>Debtor(s)<br><br>Deborah K. Ebner, Trustee,<br><br>Plaintiff(s)<br><br>Joseph Zivkovic, Deanna Zivkovic, I Dwell Chicago, LLC, and ZFH Construction, LLC,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 21-07043<br><br>Chapter: 7<br><br>Honorable Donald R. Cassling<br><br>Adv. No.: 23-00138 |

# DEFAULT JUDGMENT

This matter coming on to be heard on the motion of Deborah K. Ebner, not individually but in her capacity as the trustee (the "Trustee") for the bankruptcy estate of 5035 N. Lincoln Avenue, LLC for entry of an order of default and entry of a default judgment against Joseph Zivkovic, Deanna Zivkovic, I Dwell Chicago, LLC, and ZFH Construction, LLC (collectively, the "Defendants"), due notice having been given and the Court being advised in the premises, Defendants, having been found in default by separate order;

IT IS HEREBY ORDERED that:

Judgment is entered in favor of the Trustee, and against Joseph Zivkovic, Deanna Zivkovic, I Dwell Chicago, LLC, and ZFH Construction, LLC, jointly and severally, in the amount of $2,276,338.18.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: **August 8, 2023**

**Prepared by:**
Ariane Holtschlag (6294327)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602

Form G6 (20200113_apo)

Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com
jpaulsen@wfactorlaw.com